RECEIVED USMS D/MT
MAY 23 2025 PM3:23

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>NATHAN WILNAU,<br><br>         Defendant. | CR-25-62-BLG-SPW-2<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

  YOU ARE HEREBY COMMANDED to arrest NATHAN WILNAU and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, Possession with Intent to Distribute Controlled Substances, Aiding & Abetting, Conspiracy to Commit Money Laundering and Criminal Forfeiture in violation of Title 21 U.S.C. §§ 846, 841(a)(1), Title 18 U.S.C. §§ 2, 1956(h), Title 21 U.S.C. §§ 853(a)(1) and (2), 881(a)(7) and (11), Title 18 U.S.C. § 981(a)(1), 982 and Title 28 U.S.C. § 2461(c).

Assigned to Julie R. Patten, AUSA

_/s/ J. Harris_____
Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: May 23, 2025

---

### RETURN

| DATE RECEIVED: 5-23-25 | LOCATION: Billings MT |
|---|---|
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** ||
| DATE OF ARREST: 6-12-25 | *Craig Anderson*<br>**UNITED STATES MARSHAL** |
| LOCATION: Billings MT ||
| BY: D. [signature]   Deputy U.S. Marshal ||