# MHP INCIDENT REPORT

**MONTANA HIGHWAY PATROL**
2550 PROSPECT AVE., HELENA, MT 59620

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 6/22/2023 6:15:41 PM | IRA0033287 (01) | / MHP23CAD076506 | SGT / 1718 | ERICK W FETTERHOFF |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Clearance: |
| MTMHP0000 | 6/22/2023 3:39:43 PM | 06/22/2023 16:57:52 - | MHP | |
| Offense Description | | | | |
| TS01 TRAFFIC STOP | | | | |

## LOCATION(S)

| County | Location Type | Location Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YELLOWSTONE | INCIDENT LOCATION | Hwy 310 mm 53 | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | | State MT | Zip Code | Phone Number | Ext. |
| County | Location Type | Location Description | | | | | | |
| YELLOWSTONE | | HWY 310 MM 52 | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | | State | Zip Code | Phone Number | Ext. |

## Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| NATHAN | | WILNAU | | WHITE | MALE | 5'10" | 170 | BROWN | BLUE |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| | | 1974 | 48 | | | MT | |

Place of Birth: , ,

Addresses
- / 305 S 35TH ST, BILLINGS, MT 59101 /

## Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| DANIELLE | NICHOLLS | ISABELL | | WHITE | FEMALE | 5'07" | 160 | BLONDE | BLUE |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| | | 1988 | 34 | C | | WY | |

Place of Birth: , ,

Occupations
- / / /

Addresses
- RESIDENCE / 2116 PEAKE AVE, CODY, WY 82414 /

## Vehicle: SUSPECT VEHICLE

| Year | Make | Model | Style | Color | State | License Plate # | Tag Expiration | VIN |
|---|---|---|---|---|---|---|---|---|
| 2004 | CHEV | MALIBU | SEDAN | | WY | 2157 | 10/31/2023 | 5602 |

| Vehicle Owner Type | Vehicle Value ($) | CMV | DOT Number | Placard Hazardous Material # | Placard Hazard Class # |
|---|---|---|---|---|---|
| OTHER | | HAZMAT | | | |

| Report Date / Time | Report Nun | Report Case/CAD Number | Repo... | Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|---|
| 6/22/2023 6:15:41 PM | IRA0033287 (01) | / MHP23CAD076506 | | SGT / 1718 | ERICK W FETTERHOFF |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | | Status: |
| MTMHP0000 | 6/22/2023 3:39:43 PM | 06/22/2023 16:57:52 - | MHP | | Clearance: |
| Offense Description | | | | | |
| TS01 TRAFFIC STOP | | | | | |

| Vehicle Owner | Vehicle Released to Person | Vehicle Released by Officer |
|---|---|---|
| | | |

**Narrative: REPORT NARRATIVE**

| Narrative Date/Time | Narrative Synopsis | | | |
|---|---|---|---|---|
| 6/22/2023 8:20:34 PM | | | | |
| Reporting Officer | | Officer Rank | Officer ID No | Officer Org/Unit |
| ERICK W FETTERHOFF | | SGT | 1718 | MHP127-CTE |
| Officer Signature | *Erick V Fetterhoff* | Officer Agency | | |
| | | MONTANA HIGHWAY PATROL | | |

PRESTOP INVESTIGATION:

Prior information was given to me, from MT DCI, that Nathan Wilnau was the target of a drug investigation in the Billings area. On 6/22/23, Wilnau was known to be in WY, and was believed to be transporting illegal drugs into Billings. MT DCI Agent Michael Bennett asked for assistance from MHP in locating Wilnau, before he made it to Billings. From information known, Wilnau had made statements that he would not go back to prison, he would commit suicide by cop, was a known drug user, had prior weapons violations and he had been seen with a pistol.

MHP units set up on Hwy 310, south of Laurel, to look for Wilnau. At approximately 1640 hours, DCI Agent Bennett spoke to me and stated he was following a vehicle northbound on 310, that had WY plates. He requested I look at the vehicle and see if it could be stopped. I was in Laurel, and proceeded south. At the intersection of Clark's Fork River Rd and Hwy 310, I spotted the vehicle Bennett had spoke to me about. The location that I witnessed the WY plated vehicle was a 55 mph zone. The vehicle looked to be driving faster than 55 mph. I tracked the vehicle, the only vehicle in that location, besides the DCI vehicle behind it, and estimated a speed of 60 mph. I initiated my RADAR and confirmed a speed of 59. The vehicle was decelerating as I approached it from the southbound lanes. I could see there was two occupants in the vehicle and the front passenger was laying low in the front seat, just above the dash. I turned around on the vehicle and followed it north. I initiated a traffic stop on the vehicle at mile post 53.

VEHICLE APPROACH:

I made a passenger side approach to the vehicle and stated the reason for the stop. I confirmed again that there was two people in the vehicle, a female driver, and a male passenger. I asked the driver for her driver's license, insurance and registration. She stated she did not have a copy of her insurance. She then gave me a WY ID card. I asked her where the two were coming from and the driver said WY. I asked if she had a driver's license and she stated she did not. She told me that it had been suspended, when I asked. I asked her to exit her vehicle and come back to my patrol car, for enforcement action. She obliged and got out of her vehicle.

I asked the male passenger if he had any identification and he stated he had none. I asked if he had a wallet and he

| Report Date / Time<br>6/22/2023 6:15:41 PM | Report Number<br>IRA0033287 (01) | Report Case/CAD Number /<br>MHP23CAD076506 | Repo. | Officer Rank / ID<br>SGT / 1718 | Reporting Officer Name<br>ERICK W FETTERHOFF |
|---|---|---|---|---|---|
| Originating Agency ORI<br>MTMHP0000 | Reported to Agency Date<br>6/22/2023 3:39:43 PM | Occur Date Range<br>06/22/2023 16:57:52 - | | Jurisdiction<br>MHP | Status:<br>Clearance: |
| Offense Description<br>TS01 TRAFFIC STOP | | | | | |

said he did not. I asked his name and he stated Nathan Wilnau. This was the subject of the DCI investigation. Wilnau stated he did not have a license and was asked to call a friend.

I went back to my vehicle, were the female driver was standing. I asked her who the male passenger was and she stated, "Honestly, I don't know," "I'm just giving him a ride up here." DCI agents were on the scene of the traffic stop and I told them that Wilnau was the male in the vehicle. I walked back up to Wilnau and had him exit the vehicle. Based of the violent, known information about Wilnau, and I could see that he had weapons on his person, he stepped out and I placed him in handcuffs. I asked Wilnau if he had "anything on him" and he said "Yes." A pat search was conducted and verbal consent was given by Wilnau to empty out his pockets. He had cash, cigarettes, and numerous knives on his person.

I got back in my vehicle and the driver sat with me in the front seat. She was now identified as Danielle Isabell, by her WY ID card. I asked her again if she knew who the male was and she stated she did not. I told her that I was going to read her her Miranda Rights. After reading her Miranda, she stated she understood. Isabell stated that Wilnau put 2-3 bags inside her vehicle and she was asked to drive him to Billings. She stated she was not staying in Billings, rather would return to WY immediately. I asked her where she was to drop him off, and she stated he "Didn't tell her yet." All things heard from Isabell indicated to me that she was trying to distance herself from Wilnau. I believed she knew what she was doing and was a willing participant in drug distribution. I ran her driver's license out of WY and confirmed she had none. I asked MHP dispatch to run a routine criminal history check on her. While waiting for dispatch, I finished the warning card for the speeding violation.

I asked Isabell if she was responsible for everything in her vehicle besides the 3 bags she said Wilnau had. She stated, "As long as he didn't take anything out." This statement again confirmed to me that Isabell was a willing participant in the conspiracy to commit a drug crime. I asked Isabell if there were any drugs in her vehicle and she replied, "Not that I know of." From my 19 years experience, this reply is routinely said, countless times when there have been drugs in a vehicle. People use this answer as a way to distance themselves from illegal items in a vehicle. I asked specifically if there was any marijuana, meth, heroin, cocaine, fentanyl, of drug paraphernalia in her vehicle and she changed her response to, "No."

At 1701 hours, I had Isabell exit my vehicle. Based on the particularized suspicion observed, I told DCI I would be deploying my K9 partner around the exterior of Isabell's vehicle. I approached Wilnau, who was still in handcuffs and standing with Troopers Van Zee and French. I asked Wilnau , "What do you have in the vehicle?" He replied, "All kinds of stuff." I physically looked in the vehicle and pointed out his leather jacket, phone and his black backpack. I asked Wilnau if there were any drugs in his stuff and he said, "yeah." I asked what he had and he replied, "Meth and stuff." I asked how much and he said, "A bit." I again asked how much and he replied, "Enough to be in trouble and guaranteed jail." I again asked how much and he said, "5 or so pounds."

At 1706 hours, I deployed my MHP partner Shakie around the exterior of the vehicle. In a two pass series, Shakie

| Report Date / Time | Report Num. | Report Case/CAD Number | Repo... | Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|---|
| 6/22/2023 6:15:41 PM | IRA0033287 (01) | / MHP23CAD076506 | | SGT / 1718 | ERICK W FETTERHOFF |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | | Jurisdiction | Status: |
| MTMHP0000 | 6/22/2023 3:39:43 PM | 06/22/2023 16:57:52 - | | MHP | Clearance: |
| Offense Description | | | | | |
| TS01 TRAFFIC STOP | | | | | |

indicated to the presence of narcotics odors emitting from the vehicle, at the driver's side door and cracked window. After deployment, a tow(Hansers) was called for the vehicle. DCI agents interviewed both Isabell and Wilnau. DCI advised that they were allowing Wilnau and Isabell to walk away and not be arrested. Both were given rides from the traffic stop.

    Trooper John Metcalfe escorted the vehicle to DCI Billings and I cleared the traffic stop. This ended my involvement with the case.

## RELATED REPORT(S)

| Report Name | Report Number / Description |
|---|---|
| NOTICE TO APPEAR AND COMPLAINT | 510 B178658 E |
| Traffic Warning / Faulty Equipment | W1149850 |

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 01 | ERICK W FETTERHOFF SGT 1718 | REPORTING OFFICER | MONTANA HIGHWAY PATROL MHP\HQ\OPS\CITE |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement01)**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| ERICK W FETTERHOFF | SGT | 1718 | This the _____ day of _____, _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
| MONTANA HIGHWAY PATROL | | | |
| *Erick V Fetterhoff* (signature) | | | |
| Officer Signature | | | |