**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NATHAN WILNAU,**<br><br>**Defendant.** | **CR 25-62-BLG-SPW-2**<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 172) of the property identified below pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Nathan Wilnau has been adjudged guilty of *Possession with Intent to Distribute Controlled Substances*, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 2 of the Indictment (Doc. 2). As such, Defendant's plea and Plea Agreement (Docs. 130, 141) and the Offer of Proof (Doc. 139) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 21 U.S.C. §§ 853(a)(1)-(2).

Accordingly, IT IS ORDERED that:

1.    The Motion for Preliminary Order of Forfeiture (Doc. 172) is

GRANTED.

1

2.      Defendant Wilnau's interest in the following property is forfeited pursuant to Fed. R. Crim. P. 32.2(b):

- $3,206.88 in U.S. currency.

3.      The Drug Enforcement Administration, or a designated sub-custodian, are directed to seize and/or maintain custody of this forfeitable property and further to make a return as provided by law.

4.      The United States will provide written notice to any third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

5.      Upon adjudication of any third-party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which such interests will be addressed.

DATED this __15th__ day of June, 2026.

SUSAN P. WATTERS

2

United States District Court Judge